No. 305. BRENNAN CONSTRUCTION CO., INC., *v.* COLORADO SPRINGS CO. ET AL. Motion to defer consideration of petition for writ of certiorari denied. Petition for writ of certiorari to the Supreme Court of Colorado de-

nied. *John H. Gately* for petitioner. *David W. Richmond* and *Robert N. Miller* for respondents. *James Quine* for Abrahamson et al., respondents.